```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ERICA L. ANDERSON
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JANEVE ANITA ALLEN,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-CR-00072-CKD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>DATE:　May 3, 2018<br>TIME:　9:30 a.m.<br>COURT:　Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Janeve Anita Allen, by and through her counsel of record, hereby stipulate as follows:

　　1.　By previous order, this Court set this matter for a status conference on May 3, 2018 at 9:30 a.m., and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., between April 10, 2018 and May 3, 2018 pursuant to Local Code T4.

　　2.　By this Stipulation, the parties move to continue the status conference to June 14, 2018 at 9:30 a.m., and to exclude time between May 3, 2018 and June 14, 2018, under Local Code T4.

　　3.　The parties agree and stipulate, and request that the Court find the following:

STIPULATION TO CONTINUE STATUS　　　　　　　1　　　　　　　USA v. JANEVE ANITA ALLEN
CONFERENCE; [PROPOSED] ORDER

a. The government has provided counsel for defendant with discovery, including agency reports, photographs, and video recordings.

b. Counsel for defendant has reviewed the discovery provided by the government, but desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

c. The government does not object to the continuance.

d. By this stipulation, the parties request that the status conference scheduled for May 3, 2018 at 9:30 a.m. be vacated and the matter continued to June 14, 2018 at 9:30 a.m.; the parties also request that the time between May 3, 2018 and June 14, 2018, be excluded under Local Code T4.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

f. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of May 3, 2018 to June 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2018                         McGREGOR W. SCOTT
                                           United States Attorney


                                    By:    /s/ Erica L. Anderson
                                           ERICA L. ANDERSON
                                           Special Assistant U.S. Attorney


Dated: May 2, 2018                         /s/ Linda C. Allison (as authorized on 5/2/18)
                                           LINDA C. ALLISON
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JANEVE A. ALLEN




**ORDER**

IT IS SO ORDERED.


Dated: May 2, 2018
                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE