| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ERICA L. ANDERSON<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:18-CR-00072-CKD |
| | Plaintiff, | **ORDER GRANTING JOINT MOTION TO VACATE STATUS CONFERENCE AND EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCUATION** |
| | v. | |
| JANEVE ANITA ALLEN, | | |
| | Defendant. | |

**ORDER**

Based on the parties' Joint Motion to Vacate Status Conference and Exclude Time From the Speedy Trial Act Calculation, it is hereby ORDERED as follows:

- The June 14, 2018 status conference is vacated;
- The Deferred Prosecution Agreement, tendered to the Court on June 14, 2018, is hereby APPROVED *nunc pro tunc* to the date of its filing, June 14, 2018;
- All criminal matters in this proceeding are continued for a period of two-years; and
- The time period of June 14, 2018 to June 14, 2020, inclusive, is excluded from the computation of time within which the charges set forth in the Information filed in this matter must commence pursuant to 18 U.S.C. § 3161(h)(2)

///

[Local Code L] because the two-year period of delay under the Agreement is for the purpose of allowing the defendant to demonstrate her good conduct.

Dated: June 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE